# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2207
LT Case No. 2022-CF-9741

———————————————

TONY PETERKIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Tony Peterkin, Jacksonville, pro se.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.

November 7, 2023

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____